# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2025

## NO. 03-23-00769-CV

**Paul Walker and Jennifer Walker, Appellants**

**v.**

**Patrick Dertien and Heather Dertien, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND JONES
DISMISSED FOR WANT OF JURISDICTION ON MOTION FOR REHEARING --
OPINION BY JUSTICE JONES**

This is an attempted appeal from the order signed by the trial court on June 6, 2023. The Court withdraws its previous opinion and judgment issued July 31, 2025, and substitutes the attached opinion and this judgment in their place. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.